UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LAKELAND WEST CAPITAL XXIII, LLC,

                                 Plaintiff,             **ORDER**

                    - against -          26 Civ. 2003 (NRB)

RENATA MUTIS aka RENATA MUTIS BLACK,

                               Defendant.
------------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


The Court is in receipt of defendant's March 13, 2026 letter describing plaintiff's "pending motion for pre-judgment attachment with temporary restraining order" and forecasting defendant's intention to seek leave to move to dismiss plaintiff's complaint. ECF No. 3.  The Court is also in receipt of defendant's March 13, 2026 email to the Court, with plaintiff's counsel copied, confirming that the parties "are in agreement that the two motions can be briefed and heard together, subject to Court approval, and [following] [a] schedule to be established following the pre-motion letter submissions and Court conference."

Accordingly, the Court will set a pre-motion teleconference for March 19, 2026 at 12:00 P.M.  The parties should submit their pre-motion letters no later than 4:00 P.M. on March 17, 2026, pursuant to this Court's Individual Rule 2(B).

      **So ordered.**

Dated:      March 13, 2026
            New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE